# MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS ~~by VIDEOCONFERENCE~~

U.S.A. v. Joslah Garcia _____, No. 3:23-mj-2033

ATTORNEY FOR GOVERNMENT: Brooke Schiforle

ATTORNEY FOR DEFENDANT: David Fletcher _____ (AFPD) Panel Retained

PRETRIAL SERVICES/PROBATION OFFICER: Kim Haney for Tiana Rock

INTERPRETER NEEDED?  YES  (NO)  LANGUAGE/INTERPRETER: _____
☐ PRESENT          ☐ ON TELEPHONE

☑ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☑ INITIAL APPEARANCE ☐ ON A SUMMONS ☐ ARRESTED ON: _____
    DEFENDANT HAS A COPY OF:
    ☑ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
    ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
    ☐ Defendant advised of right to counsel    ☐ Counsel retained
    ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
    ☐ Defendant advised of right to silence    ☐ Defendant advised of right to **Consular notification**
    ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
    ☑ Defendant waived rights under IAD    ☐ Defendant to be returned to State custody
    ☑ Government motion for detention    ☐ Defendant temporarily detained
    ☑ Defendant waived detention hearing    ☐ ICE detainer on defendant
    ☑ Defendant reserved right to hearing in future
    ☐ Defendant to remain in Federal custody
    ☐ Defendant remain on current conditions of supervised release
    ☐ Defendant ordered to psychological/psychiatric evaluation
    ☐ Defendant released on:
        ☐ Own recognizance with conditions of release    ☐ standard    ☐ special
        ☐ Appearance bond in the amount of: _____
        ☐ Property bond [description of property]:_____
    ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
    ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
    ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:**_____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information    ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**    ☐ Defendant intends to plead guilty and case referred to DJ

---

DATE: ___4.18.23___        **TOTAL TIME:** __2 hours 32 minutes__
BEGIN TIME: __1:06 pm__        END TIME: ___3:38 pm___
*__Digitally Recorded__*

Form Revised 2/9/2018        Page 1 of___

## ☐ RULE 5 IDENTITY HEARING
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

## ☐ PRELIMINARY HEARING      CONTINUED TO: _____
    ☐ Probable Cause found/Held to answer/bound over      ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

## ☑ DETENTION HEARING      CONTINUED TO: _4.19.23 at 1 pm in Courtroom 5B._
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record      ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing      ☐ Defendant reserved right to hearing in future
    ☐ Defendant detained, order to enter      ☐ ICE detainer pending
    ☐ Defendant to remain in Federal custody      ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted      ☐ Motion denied
    ☐ Defendant advised of right to appeal

## ☐ ARRAIGNMENT ON MISDEMEANOR
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge      ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**      ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court      ☐ Oral plea agreement
    ☐ Guilty plea:      ☐ Accepted      ☐ Rejected      ☐ Taken under advisement

## ☐ OTHER
    ☐ Type of hearing and outcome: _____
_____

## ☐ DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED
## ☐ Witness and Exhibit List attached

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**      (Witnesses, Exhibits, Attach W/Ex List if necessary)

Case 3:23-mj-02033  Document 12  Filed 04/18/23  Page 2 of 2 PageID #: 29